**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COREY LESAGE,**

            **Plaintiff,**

**-vs-**                                  **Case No.  6:05-cv-1335-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**
_____/

## ORDER TO SHOW CAUSE

This cause comes before the Court on its own initiative. Counsel for the Plaintiff shall show cause in writing filed on or before February 10, 2006, why sanctions should not be imposed, including but not limited to dismissal of this action, for failure to serve the Defendant as provided for in the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties