# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COREY LESAGE,**

        **Plaintiff,**

**-vs-**          **Case No. 6:05-cv-1335-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits. (Doc. No.1) The United States Magistrate Judge has submitted a Report recommending that the decision of the Commissioner be reversed and that the case be remanded to the Commissioner of Social Security Administration for additional proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 9, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is hereby **REVERSED**, and this action is **REMANDED** to the Commissioner of Social Security to reconsider the residual functional

capacity assessment by Dr. Ranadive. Further, if the Commissioner elects to again solicit the services of a vocational expert, the hypothetical question to the VE must include all of the relevant functional limitations on Plaintiff's ability to work.

    3.    The Clerk is directed to enter judgment accordingly, and **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 30, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record